AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.
Inna Henry
*Defendant*

Case No. 1:26-CR-246

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Inna Henry,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 611 - voting by an Alien on or about November 8, 2022
Count 2: 18 U.S.C. § 611 - voting by an Alien on or about November 5, 2024

See attached affidavit of probable cause.

Date: Oct 15, 2026

*Issuing officer's signature*: S E Schwab

City and state: Harrisburg, PA 17102

Susan E. Schwab U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Inna Henry

Known aliases:

Last known residence: 511 Kingston Road, Harrisburg, PA 17115

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 10/04/1974

Social Security number: Alien number: 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

Height: Weight:

Sex: Female Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: